U.S DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED SHREVEPORT

AUG 0 7 2013

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| IRA ANTHONY BOUDREAUX, JR. | CIVIL ACTION NO. 3:12-cv-3028 |
| VS. | SECTION P |
| | JUDGE DONALD E. WALTER |
| UNITED STATES/DISTRICT OF COLUMBIA PAROLE COMMISSION | MAGISTRATE JUDGE KAREN L. HAYES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED, in chambers, in Shreveport, Louisiana, on this ___ day of August, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE